# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| AUDRA M. HUENEFELD and<br>CINDY SCHLIE | : <br> : <br> : | Consolidated Case Nos. 1:08-cv-844<br>and 1:09-cv-308 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | Chief Judge Susan J. Dlott |
| SHELTER CONCEPTS<br>MANAGEMENT CORP. and<br>ROBERT WESTLAKE, | : <br> : <br> : <br> : | |
| Defendants. | : <br> : | |

## VERDICT FORM

### December 6, 2010

1

## PLAINTIFF AUDRA HUENEFELD

We, the Jury, unanimously determine our Verdict for Audra Huenefeld as follows:

1. Do you find that Ms. Huenefeld has proven by a preponderance of the evidence her sexual harassment claim against Shelter Concepts Management Corporation and Mr. Westlake?

    _____ YES    __X__ NO

2. Do you find that Ms. Huenefeld has proven by a preponderance of the evidence her constructive discharge claim against Shelter Concepts Management Corporation and Mr. Westlake?

    _____ YES    __X__ NO

3. Do you find that Ms. Huenefeld has proven by a preponderance of the evidence her intentional infliction of emotional distress claim against Mr. Westlake?

    _____ YES    __X__ NO

4. If you answered "yes" to Questions numbered 1, 2, **or** 3, what amount of money, if any, do you award Ms. Huenefeld for Compensatory Damages?

    $____0____ compensatory damages (as defined on pages 41 and 42 of the Jury Instructions)

5. If you answered "yes" to Questions numbered 1 **and** 2, what amount of money, if any, do you award Ms. Huenefeld for the following types of damages?

$___0___ back pay (as defined on pages 43 and 44 of the Jury Instructions)

$___0___ front pay (as defined on pages 45 through 47 of the Jury Instructions)

If your award includes front pay, explain how you arrived at that award by indicating the length of time Ms. Huenefeld is entitled to front pay and the amount per month she is entitled to: $___0___ per month for ___0___ months.

6. If you answered "yes" to Questions numbered 1, 2, **or** 3, what amount of money, if any, do you award Ms. Huenefeld for Punitive Damages?

$___0___ punitive damages against Mr. Westlake (as defined on pages 48 and 49 of the Jury Instructions)

$___0___ punitive damages against Shelter Concepts Management Corporation (as defined on pages 48 and 49 of the Jury Instructions)

3

## PLAINTIFF CINDY SCHLIE

We, the Jury, unanimously determine our Verdict for Cindy Schlie as follows:

1. Do you find that Ms. Schlie has proven by a preponderance of the evidence her retaliation claim against Shelter Concepts Management Corporation and Mr. Westlake?

    _____ YES     __X__ NO

2. If you answered "yes" to Question numbered 1, what amount of money, if any, do you award Ms. Schlie for Compensatory Damages?

    $____0____ compensatory damages (as defined on pages 41 and 42 of the Jury Instructions)

3. If you answered "yes" to Question numbered 1, what amount of money, if any, do you award Ms. Schlie for back pay?

    $____0____ back pay (as defined on pages 43 and 44 of the Jury Instructions)

4

4. If you answered "yes" to Question numbered 1, what amount of money, if any, do you award Ms. Schlie for Punitive Damages?

$_____0_____ punitive damages against Mr. Westlake (as defined on pages 48 and 49 of the Jury Instructions)

$_____0_____ punitive damages against Shelter Concepts Management Corporation (as defined on pages 48 and 49 of the Jury Instructions)