IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AUDRA M. HUENEFELD and CINDY SCHLIE | : : : |
| Plaintiffs, | : : Consolidated Case Nos. 1:08CV844 and 1:09cv308 |
| vs. | : : Chief Judge Susan J. Dlott |
| SHELTER CONCEPTS MANAGEMENT CORP. and ROBERT WESTLAKE, | : : : |
| Defendants. | : |

JUDGMENT IN A CIVIL CASE

Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . . that Audra Huenefeld did not prove by a preponderance of the evidence her sexual harassment claim or her constructive discharge claim against Shelter Concepts Management Corporation and Robert Westlake.  Nor did Audra Huenefeld prove by a preponderance of the evidence her intentional infliction of emotional distress claim against Robert Westlake.
Cindy Schlie did not prove by a preponderance of the evidence her retaliation claim against Shelter Concepts Management Corporation and Robert Westlake.

12/6/10                                                                                      JAMES BONINI, CLERK

                                                                                     ___s/William Miller__
                                                                                     Deputy Clerk